IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NIGEL BROWN,

    Petitioner,

v.                                     Civil Action No. 3:23cv703

JEFFREY CRAWFORD, *et al.*,

    Respondents.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 1, 2023, the Court conditionally docketed Petitioner's action. (ECF No. 2.) At that time, the Court informed Petitioner that he must inform the Court if he was relocated or released. (ECF No. 2, at 3.) On June 10, 2024, the United States Postal Service returned a June 30, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ATTEMPTED – NOT KNOWN." (ECF No. 20, at 1.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 6/18/2024                                     /s/
Richmond, Virginia                        M. Hannah Lauck
                                                United States District Judge